**Opinion issued April 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00679-CV

———————————

## IN RE CEDARCREST CEMETERY, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Cedarcrest Cemetery, Inc. filed a petition for writ of mandamus, asking that we order the trial court to (1) vacate its order denying relator's motion for summary judgment, and (2) grant relator's motion for summary judgment.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Hightower.

---

[1] The underlying case is *Maria Flores v. Cedarcrest Cemetery & Monument*, cause number 1185122, pending in the County Civil Court at Law No. 4 of Harris County, Texas, the Honorable Manpreet Monica Singh presiding.